# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| WILLIE SHOTWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:12-cv-02870-JTF-dkv |
| ) | |
| NATIONAL UNION FIRE ) | |
| INSURANCE COMPANY OF ) | |
| PITTSBURGH, PA, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to the consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order to Remand to State Court filed on November 7, 2012, this matter is hereby remanded, pursuant to 28 U.S.C. §§ 1332(a)(1) and 1447.

**APPROVED:**

*/s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge

November 7, 2012                                   /s/Thomas M. Gould
Date                                               Clerk of Court

                                                   /s/ Erica M. Evans
                                                   (By)  Deputy Clerk